```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - - -x

In re:                              :

FELIX B. RODRIGUEZ                  :    BK No. 09-10652
DOLORES RODRIGUEZ                            Chapter 13
         Debtors
- - - - - - - - - - - - - - - - - - -x
```

## ORDER

Heard on September 23, 2009, on HSBC Bank's Objection to Confirmation of the Debtors' Amended Chapter 13 Plan and to the Motion to Modify its Secured Claim Contained Therein. In accordance with this Court's decision in *In re Sairy Veliz*, BK 08-13292, entered October 16, 2009, HSBC Bank's Objection is **SUSTAINED.** Debtors shall file an amended plan by November 2, 2009.

Entered as an Order of this Court.

Dated at Providence, Rhode Island,   16th     day of October, 2008.

*/s/ Arthur N. Votolato*

Arthur N. Votolato
U.S. Bankruptcy Court

Entered on docket: 10/16/09